HANDS-ON-MGT, INC., Appellant, v C.D.O. REALTY CORP. et al., Respondents.

Submitted December 8, 2003; decided January 12, 2004

Motion, insofar as it seeks leave to appeal as against Samana Management, LLC, denied; motion, insofar as it seeks leave to appeal as against C.D.O. Realty Corp., dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of SHANNON NIEVES et al., Appellants, v FRANK GIRIMONTE et al., Respondents, and SUFFOLK COUNTY WATER AUTHORITY, Respondent.

Submitted January 12, 2004; decided January 12, 2004

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent is not on a question of law (CPLR 5601 [a]).

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EZEKIEL KOLLAR, Respondent.

Decided January 12, 2004

On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), appeal dismissed upon the ground that the reversal by the Appellate Division was not "on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal" (CPL 450.90 [2] [a]).

Concur: Chief Jude KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO and READ.